169 F.3d 178
 Cleopatra MCDOUGAL-SADDLER, Appellant,
v.
Alexis M. HERMAN, Secretary, U.S. Department of Labor, Appellee.
 No. 98-1068.
 United States Court of Appeals,
Third Circuit.
 Feb. 24, 1999.
 
 Present: McKEE, RENDELL, Circuit Judges and DEBEVOISE, Senior District Judge.*
 Prior report: 161 F.3d 198
 ORDER
 McKEE, Circuit Judge.
 It is hereby ORDERED that the slip opinion filed in this case on November 17, 1998 be vacated.
 
 
 
 *
 Honorable Dickinson R. Debevoise, United States Senior District Judge for the District of New Jersey, sitting by designation